UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. McCULLOCK,<br><br>        Petitioner,<br><br>    vs.<br><br>JEANNE WOODFORD, Warden,<br><br>        Respondents. | Case No. CV 06-1516-JFW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

5  DATED: July 14, 2009

   HONORABLE JOHN F. WALTER
   United States District Judge

8  Prepared by:

   HONORABLE OSWALD PARADA
11 United States Magistrate Judge