CLOSED

*AMENDED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. McCULLOCK, | *Case No. CV 06-1516-JFW (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| JEANNE WOODFORD, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 14, 2009

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge